HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GREGORIO TORRES-PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00080-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| vs. | Date:   May 28, 2025 |
| GREGORIO TORRES-PENA, | Time:   1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Gregorio Torres-Pena, that the Court may continue the status conference currently scheduled for May 14, 2025, at 1:00 p.m. to May 28, 2025, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The parties agree and request the Court find the following:

1.      By prior order, this matter is set for a status conference on May 28, 2025.

2.      The government has produced initial discovery, consisting of 239 Bates-marked items.

3.      Counsel for the defendant requires additional time to review discovery, consult with her client regarding the case, conduct necessary investigation, and engage in further plea negotiations.

1      4.    Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      5.    The government does not object to the requested continuance.

      6.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 14, 2025, to May 28, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: May 7, 2025        */s/ Luke Baty*
                                     LUKE BATY
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 7, 2025        */s/ Erin Snider*
                                       ERIN SNIDER
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       GREGORIO TORRES-PENA

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## ORDER

IT IS SO ORDERED that the status conference is continued from May 14, 2025, to **May 28, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **May 7, 2025**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE