HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GREGORIO TORRES-PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00080-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE MOTION HEARING AND SET BRIEFING DEADLINES; ORDER** |
| vs. | |
| GREGORIO TORRES-PENA, | Date:   July 28, 2025<br>Time:   9:30 a.m. |
| Defendant. | Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Gregorio Torres-Pena, that the Court may continue the hearing on Mr. Torres-Pena's motion to dismiss to July 28, 2025, at 9:30 a.m. and establish the following briefing schedule: opposition to motion due July 14, 2025; any reply to the opposition to motion due July 21, 2025.

The parties agree and request the Court find the following:

1. On May 26, 2025, Mr. Torres-Pena, through counsel, filed a motion to dismiss the sole charge in the Indictment pursuant to 8 U.S.C. §1326(d). *See* ECF #16. Mr. Torres-Pena noticed the motion for June 9, 2025, pursuant to Local Rule 430.1(e). *Id.*

2. On May 27, 2025, on the Court's own motion, the Court reset the motion hearing to June 16, 2025. *See* ECF #17.

1     3.    Due to the parties' scheduling conflicts, the Court later reset the motion hearing to July 28, 2025, at 9:30 a.m. and ordered the government to file an opposition brief by July 14, 2025, and the defense to file any reply brief by July 21, 2025. *See* ECF #18. The Court requested that the parties file a stipulation as well.

    4.    Pursuant to the Court's request, the parties hereby file the instant stipulation, agreeing to a motion hearing date of July 28, 2025, at 9:30 a.m. and a briefing schedule consistent with the Court's May 28, 2025 Minute Order.

    5.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 26, 2025, to July 28, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

    Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: June 2, 2025      */s/ Luke Baty*
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: June 2, 2025      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
GREGORIO TORRES-PENA

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

**IT IS SO ORDERED.** The government's opposition brief to defendant Gregorio Torres-Pena's motion to dismiss is due July 14, 2025. Any reply to the government's opposition brief is due July 21, 2025. A hearing on the motion to dismiss is scheduled for July 28, 2025, at 9:30 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 26, 2025, to July 28, 2025, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:   June 4, 2025

_____
UNITED STATES DISTRICT JUDGE