HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
GREGORIO TORRES-PENA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORIO TORRES-PENA,<br><br>Defendant. | Case No. 1:25-cr-00080-KES-BAM<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING REPLY BRIEF AND CONTINUE MOTION HEARING; ORDER**<br><br>Date:   August 11, 2025<br>Time:   9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Gregorio Torres-Pena, that the Court may extend the deadline for Mr. Torres-Pena to file a reply to the government's opposition to the motion to dismiss to August 4, 2025, and may continue the motion hearing currently scheduled for July 28, 2025, to August 11, 2025, at 9:30 a.m.

The parties agree and request the Court find the following:

1.   On May 26, 2025, Mr. Torres-Pena, through counsel, filed a motion to dismiss the sole charge in the Indictment pursuant to 8 U.S.C. § 1326(d).

2.   Pursuant to the parties' stipulation, the Court later set the following schedule: government's opposition to motion to dismiss due July 14, 2025; defendant's reply to government's opposition due July 21, 2025; and motion hearing on July 28, 2025, at 9:30 a.m.

1      3.      The government timely filed its opposition brief on July 14, 2025.

2      4.      Defense counsel requires additional time to discuss issues raised in the opposition brief with her client and to conduct necessary research. The government has no objection to a two-week extension of time to file the reply brief.

5      5.      The parties are both available for a hearing on the motion to dismiss on August 11, 2025, at 9:30 a.m.

7      6.      Because the motion to dismiss remains pending, time is excluded for the purpose of computing time under the Speedy Trial Act pursuant to 18 U.S.C. § § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

Respectfully submitted,

KIMBERLY SANCHEZ
Acting United States Attorney

Date: July 18, 2025                 */s/ Luke Baty*
                                    LUKE BATY
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: July 18, 2025                 */s/ Erin Snider*
                                    ERIN SNIDER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    GREGORIO TORRES-PENA

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

**IT IS SO ORDERED.** Any reply to the government's opposition brief is due August 4, 2025. The hearing on the motion to dismiss currently scheduled for July 28, 2025, at 9:30 a.m., is hereby continued to August 11, 2025, at 9:30 a.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 28, 2025, to August 11, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated:   July 21, 2025

UNITED STATES DISTRICT JUDGE