1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   GREGORIO TORRES-PENA
7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00080-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA; AND ORDER** |
| vs. | |
| GREGORIO TORRES-PENA, | Date:  August 18, 2025 |
| Defendant. | Time:  9:30 a.m.<br>Judge: Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Luke Baty, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Gregorio Torres-Pena, that the Court may vacate the status conference currently scheduled for August 27, 2025, at 1:00 p.m. and set a change-of-plea hearing on August 18, 2025, at 9:30 a.m.

The parties agree and request that the Court make the following findings:

1. Mr. Torres-Pena intends to enter an open plea.

3. The parties therefore request that the Court vacate the August 27, 2025 status conference and set a change-of-plea on August 18, 2025, at 9:30 a.m.

4. Time has previously been excluded through August 27, 2025.

/ / /

/ / /

**IT IS SO STIPULATED.**

                Respectfully submitted,

ERIC GRANT
United States Attorney

Date: August 13, 2025      /s/ Luke Baty
LUKE BATY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 13, 2025      /s/ Erin Snider
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
GREGORIO TORRES-PENA

**O R D E R**

IT IS SO ORDERED. The status currently scheduled for August 27, 2025, at 1:00 p.m. is vacated. A change-of-plea hearing is hereby set for **August 18, 2025, at 9:30 a.m. before the Honorable Kirk E. Sherriff**. Time has previously been excluded through August 27, 2025.

IT IS SO ORDERED.

Dated:   **August 13, 2025**         /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE